IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

BETTY F. MCKANE,

    Plaintiff,

v.

THE PURDUE PHARMA COMPANY;
PURDUE PHARMA L.P.;
PURDUE PHARMA INC.;
PURDUE FREDERICK COMPANY;
THE P.F. LABORATORIES, INC.; and
MALLINCKRODT, INC.,

    Defendants.                              Case No. 04-cv-395-DRH

## ORDER

**HERNDON, District Judge:**

        This matter having come before the Court on Purdue's Motion to Extend Page Limitation, and the Court being fully advised in the premises, states that said Motion is GRANTED. Purdue is hereby granted leave to file a Memorandum in Support of its Motion for Summary Judgment exceeding by no more than eight (8) pages the twenty-page limit imposed by Local Rule 7.1(d).

        **IT IS SO ORDERED**.

        Signed this 21st day of April.

                                            /s/       David RHerndon
                                          **United States District Judge**