**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

**BETTY MCKANE,**

       **Plaintiff,**

**v.**

**THE PURDUE PHARMA COMPANY,**
**PURDUE PHARMA, L.P.,**
**PURDUE PHARMA INC.,**
**PURDUE FREDERICK COMPANY,**
**THE P.F. LABORABORIES, INC.,**

       **Defendants.**                **Case No.  04-cv-395-DRH**

## ORDER

**HERNDON, District Judge:**

       Pursuant to the Motion of Plaintiff, agreed upon by all Defendants herein, this Court hereby **GRANTS** the Motion to Stay Proceedings (Doc. 99) and the case is hereby stayed as to the Plaintiff and defendants, the Purdue Pharma Company, Purdue Pharma L.P., Purdue Pharma Inc., Purdue Frederick Company, The P.F. Laboratories, Inc. until **September 15, 2006**.

       **IT IS SO ORDERED.**

       Signed this 9th day of August, 2006.

                        /s/        David  RHerndon
                        **United States District Judge**