IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**BETTY MCKANE,**

    **Plaintiff,**

**v.**

**THE PURDUE PHARMA COMPANY,**
**PURDUE PHARMA, L.P.,**
**PURDUE PHARMA INC.,**
**PURDUE FREDERICK COMPANY,**
**THE P.F. LABORABORIES, INC.,**

    **Defendants.**　　　　　　　　　　　　Case No.  04-cv-395-DRH

## ORDER

**HERNDON, District Judge:**

Pursuant to the Motion of Plaintiff, agreed upon by all Defendants herein, this Court hereby **GRANTS** the Motion to Stay Proceedings (Doc. 103) and the case is hereby **STAYED** as to the Plaintiff and defendants, the Purdue Pharma Company, Purdue Pharma L.P., Purdue Pharma Inc., Purdue Frederick Company, The P.F. Laboratories, Inc. until **October 31, 2006**.  With respect to existing deadlines, if any, they are hereby continued and shall not be applicable until further order of the Court.

    **IT IS SO ORDERED.**

Signed this 27th day of October, 2006.

                                                       /s/        David    RHerndon
                                                   **United States District Judge**