IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**BETTY MCKANE,**

    **Plaintiff,**

**v.**

**THE PURDUE PHARMA COMPANY,
PURDUE PHARMA, L.P.,
PURDUE PHARMA INC.,
PURDUE FREDERICK COMPANY,
THE P.F. LABORABORIES, INC.,**

    **Defendants.**           Case No.  04-cv-395-DRH

### ORDER

**HERNDON, District Judge:**

    Pursuant to the Motion of Plaintiff, agreed upon by all Defendants herein, this Court hereby **GRANTS** the Unopposed Motion to Stay Proceedings (Doc. 105) and the case is hereby **STAYED** as to the Plaintiff and Defendants, The Purdue Pharma Company, Purdue Pharma L.P., Purdue Pharma Inc., Purdue Frederick Company, The P.F. Laboratories, Inc. until **December 30, 2006**.  With respect to existing deadlines, if any, they are hereby continued and shall not be applicable until further order of this Court.

    **IT IS SO ORDERED.**

    Signed this 17th day of November, 2006.

                                                 /s/       David   RHerndon
                                                  **United States District Judge**