## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

**BETTY MCKANE,**

    **Plaintiff,**

**v.**

**THE PURDUE PHARMA COMPANY,**
**PURDUE PHARMA L.P.,**
**PURDUE PHARMA INC.,**
**PURDUE FREDERICK COMPANY,**
**THE P.F. LABORATORIES, INC.,**
**and MALLINCKRODT, INC.,**

    **Defendants.**                                         **Case No. 04-CV-395-DRH**

## ORDER OF DISMISSAL

**HERNDON, District Judge:**

    Now before the Court is the parties' stipulation for dismissal with prejudice (Doc. 107). Based on the parties' stipulation, the Court **DISMISSES with prejudice** this case with each party to bear its own costs. The Court **DIRECTS** the Clerk of the Court to enter judgment reflecting the same.

    **IT IS SO ORDERED.**

    Signed this 22nd day of January, 2007.


                                            /s/      David RHerndon
                                            **United States District Judge**